# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

BRANDON MARQUIS PUGH, :
(AIS #254312)
:
    Plaintiff,
:
vs.                                                     CIVIL ACTION 13-387-CG-M
:
ASHLEY MOODEY RICH, *et al.*,
:
    Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint against Defendants Ashley Mooney Rich, Grant William Gibson, Hon. Charles A. Graddick, Melody Little Cagle, James Murray Byrd, Reginald Tate, Officer G. Owens, Hunter J. Gallatte, III, and Hon. Charles McKnight be and is hereby **DISMISSED** with prejudice, and Plaintiff's claim for punitive damages be and is herby **DISMISSED** without prejudice.

    **DONE** and **ORDERED** this 10th day of February, 2014.

                                      /s/   Callie V. S. Granade
                                      UNITED STATES DISTRICT JUDGE