IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRANDON MARQUIS PUGH, :
(AIS #254312)
:
    Plaintiff,
:
vs.                                                CIVIL ACTION 13-00387-CG-M
:
ASHLEY MOODEY RICH, *et al.*,
:
    Defendants.

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that judgment on all claims be entered in favor of Defendants Ashley Mooney Rich, Grant William Gibson, Hon. Charles A. Graddick, Melody Little Cagle, James Murray Byrd, Reginald Tate, Officer G. Owens, Hunter J. Gallatte, III, and Hon. Charles McKnight and against Plaintiff Brandon Marquis Pugh.

**DONE** and **ORDERED** this 10th day of February, 2014.

                                                      /s/ Callie V. S. Granade
                                                      UNITED STATES DISTRICT JUDGE