In The United States District Court For The
Southern District of Alabama Southern Division

Dr. Brandon Marquis Pugh
    Plaintiff,

vs.

Ashley Mooney Rich,
et al.,
    Defendants.

Civil Action 13-387-C G-M

FILED DEC 4 '15 PM 1:39 USDCALS

Plaintiff's Motion for Speedy Trial was <u>denied</u> in part and <u>granted</u> in part as follows. This action should have proceeded expeditiously as possible given the number of cases before the Court and the resources available to properly consider them. The Speedy Trial Act applies in criminal cases and Dr. Pugh has "Face Book" as evidence that he is Actually Innocent of Ashley Horace being under age or mentally incompetent in 2006, because she was born April of 1988 and she graduated from Theodore High School in 2008. Also, Dr. Pugh has stenographic evidence that Judge Charles A. Graddick denied Dr. Pugh's judgment of acquittal from a Mobile County Grand Jury as Judge Graddick changed Dr. Pugh's verdict form. Dr. Pugh also has Casey Toner who reported this attack in

Mobile Press Register's Wednesday, May 20, 2015 Section A 5 article.
All of Dr. Pugh's 2012, 2013, 2014 and 2015 charges will be dismissed.
Dr. Cassie Jones from the Alabama Crime Victims Compensation Commission will be aiding and assisting Dr. Pugh's constributions to this Honorable Court for resources to furnish the Plaintiff's
    speedy trial, because Dr. Pugh is a registered member of

The F.B.I. has been notified and Dr. Pugh is supported by the Department of Criminal Justice.

Charges have been filed on Ashley Horace, Cicely Hollins, Charles A. Graddick, Tandice Hogan and Keith Blackwood.

Dr. Pugh was acquitted by a Mobile County Grand Jury but the trial court violated his judgment of acquittal.

Dr. Pugh is now waiting Appeal.

Please publisize this case according to Dr. Pugh 1st U.S.C. Amendment the right to press and freedom of speech.

Dr. Pugh through A.S.C.A.P. and the Crime Victim's Compensation commission has the funds to grant this speedy trial.

Dec 1, 2015

The Warrant against Toynia Hollins was stamped March 2, 2015 3:59 PM.

(In Propria Persona)

/s/ Dr. Brandon Marquis Pugh

AIS 254312

P.O. BOX 1107

Elmore, AL 36025

Mr. Brandon Pugh
AIS 254312 / H2-25B
P.O. Box 1107
Elmore, AL 36025

AL 360
02 DEC '15
PM 3 L

UNITED STATES POSTAGE
PITNEY BOWES
02 1P            $ 000.48
0000871258      DEC 01 2015
MAILED FROM ZIP CODE 36025

U.S. District of Ala
Southern

113 St. Joseph St.

Mobile, AL 36602

[Legal Mail]

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication"

36602$3624 C005